IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| HAROLD EDWARDS, | § | |
| | § | |
| Defendant Below, | § | No. 167, 2019 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. I.D. No. 1405023636 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: May 2, 2019
Decided: May 8, 2019

Before **STRINE**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

# **O R D E R**

After consideration of the notice to show cause, it appears to the Court that:

(1)     On April 16, 2019, the appellant, Harold Edwards, filed a notice of appeal from a Superior Court order dated and docketed October 12, 2018 denying his motion for postconviction relief.  Under Supreme Court Rule 6, a timely notice of appeal should have been filed on or before November 12, 2018.

(2)     A notice of appeal must be timely filed to invoke the Court's appellate jurisdiction.[1]  The jurisdictional defect created by the untimely filing of a notice of

---

[1] *Carr v. State*, 554 A.2d 778, 779 (Del. 1989).

appeal cannot be excused unless the appellant can demonstrate that the delay in filing is attributable to court-related personnel.[2]

(3)     On April 16, 2019, the Senior Court Clerk issued a notice directing Edwards to show cause why this appeal should not be dismissed as untimely filed. On April 22, 2019, the Court received the certified mail receipt indicating that the notice to show cause had been delivered.  Edwards did not file a response to the notice to show cause.

(4)     A notice of appeal must be received by the Court within the applicable time period to be effective.[3]  An appellant's *pro se*, incarcerated status does not excuse a failure to comply strictly with the jurisdictional requirements of Supreme Court Rule 6.[4]  Because the record does not reflect that Edwards's failure to file a timely notice of appeal is attributable to court-related personnel, the appeal must be dismissed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rule 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[2] *Bey v. State*, 402 A.2d 362, 363 (Del. 1979).
[3] Del. Supr. Ct. R. 10(a).
[4] *Mathis v. State*, 2018 WL 3060215 (Del. June 19, 2018) (citing *Smith v. State*, 47 A.3d 481 (Del. 2012)).